# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                  §
                                        §
COLE, STEPHANIE ANN                     §     Case No. 09-14671
                                        §
            Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter   of the United States Bankruptcy Code on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was            . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____$. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____$ as interim compensation and now requests a sum of $_____$, for a total compensation of $_____$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____$, and now requests reimbursement for expenses of $_____$, for total expenses of $_____$.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Robert B. Katz_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-14671 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | COLE, STEPHANIE ANN | | | Date Filed (f) or Converted (c): | 04/23/09 (f) |
| | | | | 341(a) Meeting Date: | 06/10/09 |
| For Period Ending: | 05/04/10 | | | Claims Bar Date: | 11/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with JP Morgan Chase | 200.00 | 0.00 | | 0.00 | FA |
| 2. Security deposit with landlord, no value to debtor | 1,800.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Personal Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. 1997 Hyundai Sonata GLS Sedan 4D w/144,000 miles | 650.00 | 0.00 | | 0.00 | FA |
| 6. Personal Injury Lawsuit (u) | Unknown | Unknown | | 140,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.26 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,850.00 | $0.00 | | $140,007.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel and special counsel to pursue recovery from personal injury lawsuit.

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1
UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.08

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-14671 -CAD | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | COLE, STEPHANIE ANN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1982 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9862 | | |
| For Period Ending: | 05/04/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/01/10 | 6 | Gallagher Bassett Serv. Inc. as claims administrator | | 1242-000 | 140,000.00 | | 140,000.00 |
| 02/08/10 | | Transfer to Acct #*******1995 | Per Ct.O. 2/1/2010. | 9999-000 | | 82,061.03 | 57,938.97 |
| 02/26/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.41 | | 57,941.38 |
| 03/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.47 | | 57,943.85 |
| 04/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.38 | | 57,946.23 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 140,007.26 | 82,061.03 | 57,946.23 |
| Less: Bank Transfers/CD's | 0.00 | 82,061.03 | |
| Subtotal | 140,007.26 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 140,007.26 | 0.00 | |

Page Subtotals    140,007.26    82,061.03

Ver: 15.08

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-14671 -CAD | | Trustee Name: | Robert B. Katz |
| Case Name: | COLE, STEPHANIE ANN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 05/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | | Transfer from Acct #*******1982 | Per Ct.O. 2/1/2010. | 9999-000 | 82,061.03 | | 82,061.03 |
| 02/08/10 | 000101 | Attn: Mr. Barry Weiss<br>Topper & Weiss, Ltd.<br>19 LaSalle St.<br>Suite 1212<br>Chicago, IL 60603 | ATTORNEY FEES<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 3210-000 | | 46,666.66 | 35,394.37 |
| 02/08/10 | 000102 | Attn: Mr. Barry Weiss<br>Topper & Weiss, Ltd.<br>19 LaSalle St.<br>Suite 1212<br>Chicago, IL 60603 | ATTORNEY EXPENSES<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 3220-000 | | 3,307.53 | 32,086.84 |
| 02/08/10 | 000103 | Allstate Insurance Company<br>Attn: Marcus McGhee<br>P.O. Box 440519<br>Kennesaw, GA 30160-9509 | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 2,500.00 | 29,586.84 |
| 02/08/10 | 000104 | Stephanie Ann Cole<br>18336 S. Torrence<br>Apt. 3E<br>Lansing, IL 60438 | DEBTOR'S EXEMPTION<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 8100-002 | | 15,000.00 | 14,586.84 |
| 02/08/10 | 000105 | Aetna Health plans<br>c/o The Rawlings Company<br>File No.: 09 ASI1200255<br>The Rawlings Company Subrogation Div.<br>P.O. Box 200<br>LaGrange, KY 40031-2000 | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 7,500.00 | 7,086.84 |
| 02/08/10 | 000106 | Blue Cross & Blue Shield of Illinois<br>Attn: Jeanne Romanotto<br>2329 S. MacArthur Blvd.<br>Springfield, IL 62704-450 | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 2,409.34 | 4,677.50 |

Page Subtotals     82,061.03     77,383.53

Ver: 15.08

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 09-14671 -CAD | | Trustee Name: | Robert B. Katz |
| Case Name: | COLE, STEPHANIE ANN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 05/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/10 | 000107 | Suisse Bancorp<br>Attn: ms. Wendy R. Youngman<br>1000 Jorie Blvd.<br>Suite 20<br>Oak Brook, IL 60523 | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 2,227.50 | 2,450.00 |
| 02/08/10 | 000108 | G&V Medical Servies<br>d/b/a Highland Open MRI<br>P.O. Box 1154<br>Crown point, IN 46308<br>Attn: Paul | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 2,250.00 | 200.00 |
| 02/08/10 | 000109 | Physicians Rehabilitation Services, P.C.<br>Attn: Jordan Nebe<br>P.O. Box 11269<br>Merrillville, IN 46410 | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 200.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 82,061.03 | 82,061.03 | 0.00 |
| Less: Bank Transfers/CD's | 82,061.03 | 0.00 | |
| Subtotal | 0.00 | 82,061.03 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 0.00 | 67,061.03 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1982 | 140,007.26 | 0.00 | 57,946.23 |
| Checking Account (Non-Interest Earn - ********1995 | 0.00 | 67,061.03 | 0.00 |
| | 140,007.26 | 67,061.03 | 57,946.23 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 4,677.50

Ver: 15.08

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 09-14671 -CAD | | Trustee Name: | Robert B. Katz |
| Case Name: | COLE, STEPHANIE ANN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 05/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********1982
Checking Account (Non-Interest Earn - ********1995

Trustee's Signature: /s/ Robert B. Katz     Date: 05/04/10
ROBERT B. KATZ

Page Subtotals     0.00     0.00

Ver: 15.08

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page: 7)*

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 09-14671  
Debtor Name: COLE, STEPHANIE ANN  
Page 1 — Claim Class Sequence  
Date: May 05, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $18,512.51 | $0.00 | $18,512.51 |
| 000001 070 UC | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd<br>Lansing, IL 60438 | Unsecured | | $250.00 | $0.00 | $250.00 |
| 000002 070 UC | Krishnakant S. Raiker, M.D., F.A.C.<br>9038-B Columbia Avenue<br>Munster, IN 46321 | Unsecured | | $450.00 | $0.00 | $450.00 |
| 000003 070 UC | Applied Bank<br>P.O. Box 17125<br>Wilmington DE 19850-7125 | Unsecured | | $1,483.76 | $0.00 | $1,483.76 |
| 000004 070 UC | The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201 | Unsecured | | $1,293.42 | $0.00 | $1,293.42 |
| 000005 070 UC | Community Hospital (Outpatient)<br>Komyatte & Casbon, PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Unsecured | | $1,465.37 | $0.00 | $1,465.37 |
| 000006 070 UC | Highland Open MRI<br>Komyatte & Casbon, PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Unsecured | | $7,414.44 | $0.00 | $7,414.44 |
| 000007 070 UC | Munster Radiology Group<br>Komyatte & Casbon, PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Unsecured | | $138.00 | $0.00 | $138.00 |
| 000008 070 UC | Medical Specialists, PC<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>HIghland, IN 46322 | Unsecured | | $85.00 | $0.00 | $85.00 |
| 000009 070 UC | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $174.67 | $0.00 | $174.67 |
| 000010 070 UC | Capital Recovery III LLC As Assignee of PROVIDIAN<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Unsecured | | $1,852.52 | $0.00 | $1,852.52 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-14671 | | Page 2 | | | Date: May 05, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | COLE, STEPHANIE ANN | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 UC | Capital Recovery III LLC As Assignee of HSBC/Orcha Care of Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Unsecured | | $1,155.09 | $0.00 | $1,155.09 |
| | Case Totals: | | | $34,274.78 | $0.00 | $34,274.78 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-14671
Case Name: COLE, STEPHANIE ANN
Trustee Name: Robert B. Katz

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Robert B. Katz | $_____ | $_____ |
| Attorney for trustee: Ira P. Goldberg | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $_____ | $_____ |
| Attorney for: | | $_____ | $_____ |
| Accountant for: | | $_____ | $_____ |
| Appraiser for: | | $_____ | $_____ |
| Other: | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Receivables Management Inc. (RMI)/ Mortg | $_____ | $_____ |
| 000002 | Krishnakant S. Raiker, M.D., F.A.C. | $_____ | $_____ |
| 000003 | Applied Bank | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000004_ | _The Bureaus Inc_ | $_____ | $_____ |
| _000005_ | _Community Hospital (Outpatient)_ | $_____ | $_____ |
| _000007_ | _Munster Radiology Group_ | $_____ | $_____ |
| _000008_ | _Medical Specialists, PC_ | $_____ | $_____ |
| _000009_ | _Roundup Funding, LLC_ | $_____ | $_____ |
| _000010_ | _Capital Recovery III LLC As Assignee of PROVIDIAN_ | $_____ | $_____ |
| _000011_ | _Capital Recovery III LLC As Assignee of HSBC/Orcha_ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .