UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| COLE, STEPHANIE ANN | § § | Case No. 09-14671 |
| Debtor(s) | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/17/2010 in Courtroom 742,
    United States Courthouse
    219 S. Dearborn
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/10/2010    By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
COLE, STEPHANIE ANN § Case No. 09-14671
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 140,007.26 |
| and approved disbursements of | $ | 82,061.03 |
| leaving a balance on hand of[1] | $ | 57,946.23 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Robert B. Katz | $ 8,758.94 | $ 0.00 |
| Attorney for trustee: Ira P. Goldberg | $ 18,383.00 | $ 129.51 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,347.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Receivables Management Inc. (RMI)/ Mortg | $ 250.00 | $ 251.30 |
| 000002 | Krishnakant S. Raiker, M.D., F.A.C. | $ 450.00 | $ 452.33 |
| 000003 | Applied Bank | $ 1,483.76 | $ 1,491.45 |
| 000004 | The Bureaus Inc | $ 1,293.42 | $ 1,300.12 |

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Community Hospital (Outpatient) | $ 1,465.37 | $ 1,472.97 |
| 000007 | Munster Radiology Group | $ 138.00 | $ 138.72 |
| 000008 | Medical Specialists, PC | $ 85.00 | $ 85.44 |
| 000009 | Roundup Funding, LLC | $ 174.67 | $ 175.58 |
| 000010 | Capital Recovery III LLC As Assignee of PROVIDIAN | $ 1,852.52 | $ 1,862.12 |
| 000011 | Capital Recovery III LLC As Assignee of HSBC/Orcha | $ 1,155.09 | $ 1,161.08 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2                  Date Rcvd: May 13, 2010
Case: 09-14671                Form ID: pdf006              Total Noticed: 50


The following entities were noticed by first class mail on May 15, 2010.
db           +Stephanie Ann Cole,    18336 S. Torrence,    Apt. 3E,    Lansing, IL 60438-2742
aty          +Dimonte & Lizak,    Dimonte & Lizak,    216 W Higgins Road,    Park Ridge, IL 60068-5706
aty          +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty          +Julie H Trepeck,    The Law Offices of Ernesto D Borges Jr P,    105 W Madison 23rd Floor,
               Chicago, IL 60602-4647
aty          +Michael Bane,    Law Offices of Ernesto D. Borges,    105 W. Madison Ave.,    Suite 2300,
               Chicago, IL 60602-4647
aty          +Topper & Weiss Ltd,    Topper & Weiss Ltd,    19 S Lasalle St,    Chicago, IL 60603-1401
tr           +Robert B Katz, ESQ,    Law Offices Of Robert B Katz,    53 West Jackson Blvd,    Suite 1320,
               Chicago, IL 60604-4174
14477226      Applied Bank,    P.O. Box 17125,    Wilmington DE 19850-7125
13825999     +Applied Card Bank,    P.O. Box 15371,    Wilmington, DE 19850-5371
13826000     +Arrow Financial Services,    5996 W. Touhy Ave.,    Niles, IL 60714-4610
13826001     +At & T,    PO BOX 8100,    Aurora, IL 60507-8100
13826002     +Barot & Associates Pc,    Po Box 662311,    Indianapolis, IN 46266-2311
13826004     +Capital Management Services,    726 Exchange Suite 700,    Buffalo, NY 14210-1464
13826005     +Capital Management Services Inc,    726 Exchange Street, Suite,    Buffalo, NY 14210-1484
13826006     +Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
13826003     +Capital One Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
13826007     +Comcast,    1255 W. North Ave.,    Chicago, IL 60642-1562
13826017     +Community Hospital (Outpatient),    Komyatte & Casbon, PC,    9650 Gordon Drive,
               Highland, IN 46322-2909
13826008     +Credit Management Services,    25 NW Point Blvd. #750,    Elk Grove Village, IL 60007-1058
13826009     +Cross Country Bank,    P.O. Box 988,    Harrisburg, PA 17108-0988
13826010     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
13826011     +FFPM Carmel Holdings,    7900 International Dr. Suite 955,    Minneapolis, MN 55425-2462
13826013      FMS Services,    P.O. Box 681515,    Schaumburg, IL 60168-1515
13826012      First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
13826014     +HSBC,    PO Box 17037,    Baltimore, MD 21297-1037
14603257     +Highland Open MRI,    Komyatte & Casbon, PC,    9650 Gordon Drive,    Highland, IN 46322-2909
13826016     +Jefferson Capital System,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
13826018      Krishnakant S. Raiker, M.D., F.A.C.,    9038-B Columbia Avenue,    Munster, IN 46321
14603261     +Medical Specialists, PC,    Komyatte & Casbon PC,    9650 Gordon Drive,    HIghland, IN 46322-2909
14603259     +Munster Radiology Group,    Komyatte & Casbon, PC,    9650 Gordon Drive,    Highland, IN 46322-2909
13826019      NCO Financial Systems Inc.,    Attn: Bankruptcy Dept.,    605 W. Edison Pk. Ste. K,
               Mishawaka, IN 46545-8823
13826020     +Northland Group, Inc.,    P.O. Box 390846,    Mail Code PR2,    Edina, MN 55439-0846
13826022    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 12914,
               Norfolk, VA 23541)
13826021     +People First Recoveries,    2080 Elm St Se,    Minneapolis, MN 55414-2531
13826023     +Providian,    P.O. Box 99604,    Arlington, TX 76096-9604
13826024     +Receivables Management Inc. (RMI)/ Mortg,    Attn: Bankruptcy,    3348 Ridge Rd,
               Lansing, IL 60438-3112
13826025     +Regional Adjustment Bureau,    7000 Goodlett Farms Pkwy,    Memphis, TN 38016-4916
13826026     +Resurgence Financial, LLC,    4100 Commercial Ave,    Northbrook, IL 60062-1833
13826027     +Salute/utb,    Attn: Card Member Services,    Po Box 105555,    Atlanta, GA 30348-5555
13826028     +Suisse Bancorp,    1000 Jorie Boulevard,    Suite 20,    Oak Brook, IL 60523-4504
13826029     +Tek Collect,    Pob 1269,    Columbus, OH 43216-1269
13826030     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1590
13826031     +Tribute/fbofd,    Pob 105555,    Atlanta, GA 30348-5555
13826032      West Asset Management,    POB 105808,    Atlanta, GA 30348-5808
13826033     +Wfnnb/metro Style,    220 W Schrock Rd,    Westerville, OH 43081-2873
13826034     +Wfnnb/newport News,    995 W 122nd Ave,    Westminster, CO 80234-3417

The following entities were noticed by electronic transmission on May 13, 2010.
14726253     +E-mail/PDF: rmscedi@recoverycorp.com May 14 2010 01:59:37
               Capital Recovery III LLC As Assignee of HSBC/Orcha,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14726252     +E-mail/PDF: rmscedi@recoverycorp.com May 14 2010 01:59:37
               Capital Recovery III LLC As Assignee of PROVIDIAN,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13826015     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2010 01:59:35      JC Penney,    P.O. Box 981131,
               El Paso, TX 79998-1131
14641137      E-mail/PDF: BNCEmails@blinellc.com May 14 2010 02:20:15      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: dwilliams           Page 2 of 2                Date Rcvd: May 13, 2010
Case: 09-14671                 Form ID: pdf006           Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**            **Signature:**   *Joseph Speetjens*