IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE:  Cole, Stephanie Ann | ) | Chapter:  7 |
| | ) | |
| Debtor(s) | ) | Judge:  Carol A. Doyle |
| | ) | |
| | ) | Case No.:  09-14671 |

## NOTICE OF OBJECTION TO APPLICATION OF COMPENSATION
## FOR ADMINISTRATIVE EXPENSES

TO:

**By ECF and US Mail**
US Trustee William T Neary; Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Rm 873; Chicago, IL 60604
Trustee Robert B. Katz; 53 W. Jackson Blvd., Suite 1320; Chicago, IL 60604
Ira P. Goldberg; DiMonte & Lizak, LLC, 216 W. Higgins Rd., Park Ridge, IL 60068

Please take notice that on June 17, 2010 at 10:30 a.m. I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge in Courtroom 742 of the Dirksen Federal building, 219 South Dearborn, in Chicago, Illinois, or any Judge presiding in her stead, and shall then and there present the attached objection, at which time you may appear if you so choose.

## PROOF OF SERVICE

Andrew J. Feldman, an attorney, certifies that he caused to be mailed a copy of this notice to the above named addressed with postage prepaid from the mail post office box located at 105 W. Madison, Chicago, Illinois 60602 on May 21, 2010.

/s/ Andrew J. Feldman
Andrew J. Feldman
Counsel for Debtor

The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| RE: Cole, Stephanie Ann | ) | Chapter: | 7 |
| | ) | | |
| Debtor(s) | ) | Judge: | Carol A. Doyle |
| | ) | | |
| | ) | Case No.: | 09-14671 |

## OBJECTION TO APPLICATION OF COMPENSATION FOR ADMINISTRATIVE EXPENSES

NOW COMES the Debtor, Stephanie Ann Cole, by and through The Law Offices of Ernesto D. Borges Jr., P.C., and hereby move this Honorable Court to enter an order disallowing compensation for administrative expenses claimed by Ira P. Goldberg, Attorney for the Trustee, and Trustee Robert B. Katz, and in support thereof state as follows:

1) That the Debtor filed a petition for relief pursuant to Chapter 7 of Title 11 United States Code on April 23, 2009.

2) The debtor subsequently settled a personal injury lawsuit for $140,007.26, only $15,000.00 of which was claimed as Exempt as allowed.

3) Subsequently, on May 7, 2010, Trustee Robert B. Katz, filed the Trustee's Final Report (TFR) itemizing the various distributions delineated from the receipt of the settlement proceeds. The gross receipts amounted to $140,007.26 with administrative expenses of $49,974.19, payments to creditors totaling $17,086.84, and payments to the debtor for $15,000.00. Thus, the balance on hand remains $57,946.23. See attached "Exhibit A" for the Trustee's Final Report.

4) The balance on hand of $57,946.23 is to be distributed as follows. Trustee Robert B. Katz is to receive $8,36.56 and attorney for the Trustee, Ira P. Goldberg, is to receive fees of $18,383.00. See *id.*

5) The Trustee is allowed to claim the maximum compensation of $7,625.13 as dictated pursuant to 11 U.S.C. § 326(a) and additional interest if earned. The Trustee claimed $8,366.56 as total compensation. See *id.*

6) To date, both claims for administrative expenses have not been substantiated. Furthermore, no explanation has been given as to why the Trustee's attorney, Ira P. Goldberg, should be allowed to recoup $18,383.00, which is greater than the total paid to all creditors.

WHEREFORE, Debtors respectfully pray this Court enter an order denying compensation for the Trustee and Trustee's attorney, Ira P. Goldberg; and for such other and further relief this court deems just and proper.

                                          Respectfully Submitted,

                                          /s/ Andrew J. Feldman
                                          Andrew J. Feldman

Andrew J. Feldman; #6292797
The Law Office of Ernesto D. Borges Jr., P.C.
105 W. Madison, Ste 2300
Chicago, IL 60602
312-853-0200