UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
COLE, STEPHANIE ANN § Case No. 09-14671
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Robert B. Katz_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Stephanie Ann Cole |  |  |  |
| STEPHANIE ANN COLE |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AETNA HEALTH PLANS |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLSTATE INSURANCE COMPANY | | | | | |
| | BLUE CROSS & BLUE SHIELD OF ILLINOI | | | | | |
| | G&V MEDICAL SERVIES | | | | | |
| | PHYSICIANS REHABILITATION SERVICES, | | | | | |
| | SUISSE BANCORP | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ATTN: MR. BARRY WEISS | | | | | |
| IRA P. GOLDBERG | | | | | |
| ATTN: MR. BARRY WEISS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barot & Associates Pc Po Box 662311 Indianapolis, IN 46266 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital Management Services 726 Exchange Suite 700 Buffalo, NY 14210 | | | | | |
| | Capital Management Services Inc 726 Exchange Street, Suite Buffalo, NY 14210 | | | | | |
| | Credit Management Services 25 NW Point Blvd. #750 Elk Grove Village, IL 60007 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |
| | FMS Services P.O. Box 681515 Schaumburg, IL 60168-1515 | | | | | |
| | First National Collection Bureau 610 Waltham Way Sparks, NV 89434-6695 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Komyattassoc 9650 Gordon Drive Highland, IN 46322 | | | | | |
| | Krishnakant S. Raiker, M.D., F.A.C. 9038-B Columbia Avenue Munster, IN 46321 | | | | | |
| | NCO Financial Systems Inc. Attn: Bankruptcy Dept. 605 W. Edison Pk. Ste. K Mishawaka, IN 46545-8823 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northland Group, Inc. P.O. Box 390846 Mail Code PR2 Edina, MN 55439 | | | | | |
| | People First Recoveries 2080 Elm St Se Minneapolis, MN 55414 | | | | | |
| | Portfolio Recovery Associates, LLC P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Regional Adjustment Bureau 7000 Goodlett Farms Pkwy Memphis, TN 38016 | | | | | |
| | Resurgence Financial, LLC 4100 Commercial Ave Northbrook, IL 60062 | | | | | |
| | Salute/utb Attn: Card Member Services Po Box 105555 Atlanta, GA 30348 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suisse Bancorp 1000 Jorie Boulevard Suite 20 Oak Brook, IL 60523 | | | | | |
| | Tek Collect Pob 1269 Columbus, OH 43216 | | | | | |
| | Tek Collect Pob 1269 Columbus, OH 43216 | | | | | |
| | The Bureaus Inc 1717 Central St Evanston, IL 60201 | | | | | |
| | Tribute/fbofd Pob 105555 Atlanta, GA 30348 | | | | | |
| | West Asset Management POB 105808 Atlanta, GA 30348-5808 | | | | | |
| | Wfnnb/metro Style 220 W Schrock Rd Westerville, OH 43081 | | | | | |
| | Wfnnb/newport News 995 W 122nd Ave Westminster, CO 80234 | | | | | |
| 000003 | APPLIED BANK | | | | | |
| 000010 | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| 000005 | COMMUNITY HOSPITAL (OUTPATIENT) | | | | | |
| 000006 | HIGHLAND OPEN MRI | | | | | |
| 000002 | KRISHNAKANT S. RAIKER, M.D., F.A.C. | | | | | |
| 000008 | MEDICAL SPECIALISTS, PC | | | | | |
| 000007 | MUNSTER RADIOLOGY GROUP | | | | | |
| 000001 | RECEIVABLES MANAGEMENT INC. (RMI)/ | | | | | |
| 000009 | ROUNDUP FUNDING, LLC | | | | | |
| 000004 | THE BUREAUS INC | | | | | |
| | APPLIED BANK | | | | | |
| | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COMMUNITY HOSPITAL (OUTPATIENT) | | | | | |
| | KRISHNAKANT S. RAIKER, M.D., F.A.C. | | | | | |
| | MEDICAL SPECIALISTS, PC | | | | | |
| | MUNSTER RADIOLOGY GROUP | | | | | |
| | RECEIVABLES MANAGEMENT INC. (RMI)/ | | | | | |
| | ROUNDUP FUNDING, LLC | | | | | |
| | THE BUREAUS INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 09-14671 Doc 48 Filed 04/29/11 Entered 04/29/11 13:42:56 Desc Main
Document Page 12 of 18

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

Case No: 09-14671 CAD Judge: CAROL A. DOYLE  Trustee Name: Robert B. Katz
Case Name: COLE, STEPHANIE ANN  Date Filed (f) or Converted (c): 04/23/09 (f)
  341(a) Meeting Date: 06/10/09
For Period Ending: 01/20/11  Claims Bar Date: 11/24/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with JP Morgan Chase | 200.00 | 0.00 | | 0.00 | FA |
| 2. Security deposit with landlord, no value to debtor | 1,800.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Personal Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. 1997 Hyundai Sonata GLS Sedan 4D w/144,000 miles | 650.00 | 0.00 | | 0.00 | FA |
| 6. Personal Injury Lawsuit (u) | Unknown | Unknown | | 140,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.30 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $3,850.00  $0.00  $140,011.30  $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel and special counsel to who settled a personal injury lawsuit. Funds were distributed per court
order. TFA submitted __/__/__.

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-14671 -CAD | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | COLE, STEPHANIE ANN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1982 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9862 | | |
| For Period Ending: | 01/20/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/01/10 | 6 | Gallagher Bassett Serv. Inc. as claims administrator | | 1242-000 | 140,000.00 | | 140,000.00 |
| 02/08/10 | | Transfer to Acct #*******1995 | Per Ct.O. 2/1/2010. | 9999-000 | | 82,061.03 | 57,938.97 |
| 02/26/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.41 | | 57,941.38 |
| 03/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.47 | | 57,943.85 |
| 04/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.38 | | 57,946.23 |
| 05/25/10 | 000101 | International Sureties, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond #016026455 02/01/10 to 02/01/11 | 2300-000 | | 75.76 | 57,870.47 |
| 05/28/10 | 7 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.45 | | 57,872.92 |
| 06/21/10 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.59 | | 57,874.51 |
| 06/21/10 | | Transfer to Acct #*******1995 | Final Posting Transfer | 9999-000 | | 57,874.51 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 140,011.30 | 140,011.30 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 139,935.54 | |
| Subtotal | 140,011.30 | 75.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 140,011.30 | 75.76 | |

Page Subtotals    140,011.30    140,011.30

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-14671 -CAD | Trustee Name: Robert B. Katz |
| Case Name: | COLE, STEPHANIE ANN | Bank Name: BANK OF AMERICA |
| | | Account Number / CD #: *******1995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | |
| For Period Ending: | 01/20/11 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | | Transfer from Acct #*******1982 | Per Ct.O. 2/1/2010. | 9999-000 | 82,061.03 | | 82,061.03 |
| 02/08/10 | 000101 | Attn: Mr. Barry Weiss | ATTORNEY FEES | 3210-000 | | 46,666.66 | 35,394.37 |
| | | Topper & Weiss, Ltd. | Per Court Order 2/1/2010, in full settlement of all of | | | | |
| | | 19 LaSalle St. | Payee's claims against the bankruptcy estate of | | | | |
| | | Suite 1212 | Stephanie Ann Cole. | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/08/10 | 000102 | Attn: Mr. Barry Weiss | ATTORNEY EXPENSES | 3220-000 | | 3,307.53 | 32,086.84 |
| | | Topper & Weiss, Ltd. | Per Court Order 2/1/2010, in full settlement of all of | | | | |
| | | 19 LaSalle St. | Payee's claims against the bankruptcy estate of | | | | |
| | | Suite 1212 | Stephanie Ann Cole. | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/08/10 | 000103 | Allstate Insurance Company | FINAL PYMT-SECURED CLAIM | 4210-000 | | 2,500.00 | 29,586.84 |
| | | Attn: Marcus McGhee | Per Court Order 2/1/2010, in full settlement of all of | | | | |
| | | P.O. Box 440519 | Payee's claims against the bankruptcy estate of | | | | |
| | | Kennesaw, GA 30160-9509 | Stephanie Ann Cole. | | | | |
| 02/08/10 | 000104 | Stephanie Ann Cole | DEBTOR'S EXEMPTION | 8100-002 | | 15,000.00 | 14,586.84 |
| | | 18336 S. Torrence | Per Court Order 2/1/2010, in full settlement of all of | | | | |
| | | Apt. 3E | Payee's claims against the bankruptcy estate of | | | | |
| | | Lansing, IL 60438 | Stephanie Ann Cole. | | | | |
| 02/08/10 | 000105 | Aetna Health plans | FINAL PYMT-SECURED CLAIM | 4210-000 | | 7,500.00 | 7,086.84 |
| | | c/o The Rawlings Company | Per Court Order 2/1/2010, in full settlement of all of | | | | |
| | | File No.: 09 ASI1200255 | Payee's claims against the bankruptcy estate of | | | | |
| | | The Rawlings Company Subrogation Div. | Stephanie Ann Cole. | | | | |
| | | P.O. Box 200 | | | | | |
| | | LaGrange, KY 40031-2000 | | | | | |
| 02/08/10 | 000106 | Blue Cross & Blue Shield of Illinois | FINAL PYMT-SECURED CLAIM | 4210-000 | | 2,409.34 | 4,677.50 |
| | | Attn: Jeanne Romanotto | Per Court Order 2/1/2010, in full settlement of all of | | | | |
| | | 2329 S. MacArthur Blvd. | Payee's claims against the bankruptcy estate of | | | | |
| | | Springfield, IL 62704-450 | Stephanie Ann Cole. | | | | |

Page Subtotals      82,061.03      77,383.53

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-14671 -CAD | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | COLE, STEPHANIE ANN | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 01/20/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/10 | 000107 | Suisse Bancorp<br>Attn: ms. Wendy R. Youngman<br>1000 Jorie Blvd.<br>Suite 20<br>Oak Brook, IL 60523 | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 2,227.50 | 2,450.00 |
| 02/08/10 | 000108 | G&V Medical Servies<br>d/b/a Highland Open MRI<br>P.O. Box 1154<br>Crown point, IN 46308<br>Attn: Paul | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 2,250.00 | 200.00 |
| 02/08/10 | 000109 | Physicians Rehabilitation Services, P.C.<br>Attn: Jordan Nebe<br>P.O. Box 11269<br>Merrillville, IN 46410 | FINAL PYMT-SECURED CLAIM<br>Per Court Order 2/1/2010, in full settlement of all of Payee's claims against the bankruptcy estate of Stephanie Ann Cole. | 4210-000 | | 200.00 | 0.00 |
| 06/21/10 | | Transfer from Acct #*******1982 | Transfer In From MMA Account | 9999-000 | 57,874.51 | | 57,874.51 |
| 06/21/10 | 000110 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 8,116.68 | 49,757.83 |
| 06/21/10 | 000111 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 15,512.51 | 34,245.32 |
| 06/21/10 | 000112 | STEPHANIE ANN COLE<br>18336 S. TORRENCE<br>APT. 3E<br>LANSING, IL 60438 | Surplus Funds | 8200-002 | | 25,854.21 | 8,391.11 |
| 06/21/10 | 000113 | Receivables Management Inc. (RMI)/ Mortg<br>Attn: Bankruptcy<br>3348 Ridge Rd | Claim 000001, Payment 100.52000% | | | 251.30 | 8,139.81 |

Page Subtotals 57,874.51 54,412.20

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2            Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD            Exhibit 9

| Case No: | 09-14671 -CAD | Trustee Name: | Robert B. Katz |
| Case Name: | COLE, STEPHANIE ANN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | |
| For Period Ending: | 01/20/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Lansing, IL 60438 | Claim          250.00 | 7100-000 | | | |
| | | | Interest          1.30 | 7990-000 | | | |
| 06/21/10 | 000114 | Krishnakant S. Raiker, M.D., F.A.C. | Claim 000002, Payment 100.51778% | | | 452.33 | 7,687.48 |
| | | 9038-B Columbia Avenue | | | | | |
| | | Munster, IN 46321 | Claim          450.00 | 7100-000 | | | |
| | | | Interest          2.33 | 7990-000 | | | |
| 06/21/10 | 000115 | Applied Bank | Claim 000003, Payment 100.51828% | | | 1,491.45 | 6,196.03 |
| | | P.O. Box 17125 | | | | | |
| | | Wilmington DE 19850-7125 | Claim       1,483.76 | 7100-000 | | | |
| | | | Interest          7.69 | 7990-000 | | | |
| 06/21/10 | 000116 | The Bureaus Inc | Claim 000004, Payment 100.51801% | | | 1,300.12 | 4,895.91 |
| | | 1717 Central St | | | | | |
| | | Evanston, IL 60201 | Claim       1,293.42 | 7100-000 | | | |
| | | | Interest          6.70 | 7990-000 | | | |
| 06/21/10 | 000117 | Community Hospital (Outpatient) | Claim 000005, Payment 100.51864% | | | 1,472.97 | 3,422.94 |
| | | Komyatte & Casbon, PC | | | | | |
| | | 9650 Gordon Drive | | | | | |
| | | Highland, IN 46322 | Claim       1,465.37 | 7100-000 | | | |
| | | | Interest          7.60 | 7990-000 | | | |
| 06/21/10 | 000118 | Munster Radiology Group | Claim 000007, Payment 100.52174% | | | 138.72 | 3,284.22 |
| | | Komyatte & Casbon, PC | | | | | |
| | | 9650 Gordon Drive | | | | | |
| | | Highland, IN 46322 | | | | | |
| | | | Claim          138.00 | 7100-000 | | | |

Page Subtotals            0.00            4,855.59

Ver: 16.01c

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14671 -CAD | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | COLE, STEPHANIE ANN | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | |
| For Period Ending: | 01/20/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest        0.72 | 7990-000 | | | |
| 06/21/10 | 000119 | Medical Specialists, PC<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>HIghland, IN 46322 | Claim 000008, Payment 100.51765% | | | 85.44 | 3,198.78 |
| | | | Claim           85.00 | 7100-000 | | | |
| | | | Interest         0.44 | 7990-000 | | | |
| 06/21/10 | 000120 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000009, Payment 100.52098% | | | 175.58 | 3,023.20 |
| | | | Claim          174.67 | 7100-000 | | | |
| | | | Interest         0.91 | 7990-000 | | | |
| 06/21/10 | 000121 | Capital Recovery III LLC As Assignee of PROVIDIAN<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000010, Payment 100.51821% | | | 1,862.12 | 1,161.08 |
| | | | Claim        1,852.52 | 7100-000 | | | |
| | | | Interest         9.60 | 7990-000 | | | |
| 06/21/10 | 000122 | Capital Recovery III LLC As Assignee of HSBC/Orcha<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000011, Payment 100.51857% | | | 1,161.08 | 0.00 |
| | | | Claim        1,155.09 | 7100-000 | | | |
| | | | Interest         5.99 | 7990-000 | | | |

Page Subtotals        0.00        3,284.22

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-14671 -CAD |
| Case Name: | COLE, STEPHANIE ANN |
| Taxpayer ID No: | *******9862 |
| For Period Ending: | 01/20/11 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1995  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| COLUMN TOTALS | 139,935.54 | 139,935.54 | 0.00 |
| Less:  Bank Transfers/CD's | 139,935.54 | 0.00 | |
| Subtotal | 0.00 | 139,935.54 | |
| Less:  Payments to Debtors | | 40,854.21 | |
| Net | 0.00 | 99,081.33 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********1982 | 140,011.30 | 75.76 | 0.00 |
| Checking Account (Non-Interest Earn - ********1995 | 0.00 | 99,081.33 | 0.00 |
| | 140,011.30 | 99,157.09 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

      /s/   Robert B. Katz
Trustee's Signature: _____   Date: 01/20/11
           ROBERT B. KATZ

Page Subtotals        0.00        0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*